United States Dist. Court for the D.C. Circuit
Wash. D.C. 20001

FILED
AUG 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Hunt
461 H st. N.W. #517
Wash. D.C. 20001
Appellant/Plaintiff

Vs.

1125 Spring Rd. N.W.
Wash. D.C. 20001 — D.C. Govt. Mental Health Center — Defendant

Civil No.

CASE NUMBER 1:06CV01468
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Civil Rights (non-employment
DATE STAMP: 08/21/2006

Complaint

1. Jurisdiction of this honorable court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1331 & 1332, U.S.C. and the Eighth (8th), and Fourteenth (14th) Amendment Rights to the U.S. Constitution.

RECEIVED
JUL 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The appellant/Plaintiff respectfully states that said Defendant at said mentioned address had and has randomly violated said plaintiffs' human rights since 1995 through inadequate psychiatric reports and no proper

(3)

referrals for Certificate of Parole grant by the D.C Board of Parole controlled by the D.C Govt. which is in violation of the Plaintiffs' eighth (8th) and fourteenth (14th) Amendment Rights to the U.S. Constitution.

## Memorandum of Law,

1. See: All cases concerning negligence, also see; eighth (8th) and fourteenth (14th) Amendment Rights to the U.S. Constitution,

## Relief

1. Plaintiff seeks five (5) trillion dollars in punitive damages against said Defendants.

## Certification of Service

I, Tyrone Hunt, the Plaintiff and respectfully states that I have upon this 20th day of July, 06, have sent the foregoing complaint, to the U.S. Dist. Court for the D.C.

(3)

Respectfully Submitted,

S/ [illegible]

(Plaintiff, Pro-se)