UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tyrone Hurt,                            :
                                        :
       Plaintiff,                    :
  v.                                    :        Civil Action No. 06-1468 (CKK)
                                        :
Mental Health North Center,             :
                                        :
       Defendant.                    :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that, pursuant to 28 U.S.C. § 1915(e)(2), this case is DISMISSED. This is a final appealable Order.

                                                     _____s/_____
                                                   COLLEEN KOLLAR-KOTELLY
                                                   United States District Judge

DATE: March 21, 2007