United States District Court for the D.C.

Tyrone Hunt, Wash. D.C. 20001
(505) 546-6203
66 Fifth (5th) St. N.E.
Wash. D.C. 20001
    Appellant

vs.

Mental Health North Centers,
D.C. Govt.    Defendant/Appellee

RECEIVED
MAR 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 06-1468 (CKK)

Appeals No. _____

## Motion for Notice of Appeal In forma pauperis.

Comes now, Tyrone Hunt, the Appellee, and respectfully moves the Honorable Panel of the U.S. Ct. of Appeals for the D.C., for leave to appeal in forma pauperis, for the following reasons:

1. Whether the Court Order entered on the Date of March 1, 07, dismissing said complaint, was an abuse of its' discretion, when said inadequacy of said psychiatric reports, and D.C. Govt., is a non-suable entity is erroneously applied. Moreover, said allegations are too vague to support a claim of municipal liability its also erroneously applied. Furthermore, said Fourteenth (14th) Amendment is inapplicable to the D.C., and the alleged facts

attaching to plaintiffs' parole conditions simply do not rise to the level of an <u>Eighth (8th) Amendment Right to the U.S. Constitution violation</u>. Is also erroneously applied because the <u>Eighth (8th) Amendment Right to the U.S. Constitution</u> protects prisoners from the "wanton and unnecessary 'infliction of pain' and conditions" that are "grossly disproportionate to the severity of the crime warranting 'imprisonment'" is not applicable here because the <u>Eighth Amendment Right to the U.S. Constitution</u> reads: "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted." See <u>U.S. Constitution</u>.

<u>Memorandum of Law</u>

1. See: <u>Eighth (8th) and Fourteenth (14th) Amendment Rights to the U.S. Constitution</u>.

<u>Affidavit of Poverty, pursuant to Title 28 Section 1915, U.S.C.</u>

I, Tyrone Heath, the Appellant, and respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing motion, that I am unable to give security for the same, that I believe that

I am entitled to the redress that I am seeking.

## Certification of Service

I, Tyrone Hunt, the Appellant, does respectfully state that I have upon this 24th Day of March, 07 have sent the foregoing motion to the U.S.C.A., to make service upon the Attys for the defendants.

Respectfully submitted
Tyrone Hunt
(Appellant, Pro-se)

United States District Court for the D.C.
Wash. D.C. 20001

Tyrone Hunt
(202) 546-6513
616 Fifth (5th) St. N.E.
Wash. D.C. 20009
  Appellant
vs.
Mental Health North Center,
D.C. Government
  Appellee

Civil Action No.
06-1468 (CKK)

Appeal No. _____

## Amendment for Notice of Appeal in forma pauperis.

Comes now, Tyrone Hunt, the Appellee, and respectfully moves a Honorable Panel of the U.S. Ct. of Appeals for the D.C., for Leave to Appeal in forma pauperis, for the following reasons:

1. Whether the Court Order entered on the date of March, 21, 07, Dismissing said Complaint, was an abuse of its Discretion, to the extent that plaintiff is suing an office within the Dist. of Columbia Govt., said appellant has named a non-suable entity. In erroneously applies and said case-law cited within is also erroneously applied and in violation of the Appellants' Eighth (8th) Amendment Right to the U.S. Constit-

## Certification of Service

I, Tyrone Hurt, respectfully states that I have upon this 24th day of March, 07, have sent the foregoing Amendment to the U.S.C.A., to make service you the Atts. for the Appellee/Defendants

Respectfully Submitted
Tyrone Hurt
(Appellant, Pro-se)

United States District Court for the D.C.
Wash. D.C. 20001

Tyrone Hurt
(202) 546-6503
616 Fifth (5th) St. N.E.
Wash. D.C. 20001
            Plaintiff
Vs.
Mental Health North Center
District of Columbia Govt.
            Defendant

Civil Action No.
06-1468 (CKK)

Appeals No. _____

### Amendment to the Notice of Appeal in forma pauperis.

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves a Honorable Panel of the U.S.C.A., for leave to amend said notice of appeal in forma pauperis, for the following reasons:

1. The Plaintiff respectfully states that <u>Fourteenth (14th) Amendment Right to the U.S. Const.</u> is inapplicable to the D.C. is incorrect and because there is change of the applicability of the <u>Fourteenth (14th) Amendment Right to the U.S. Constitution</u>; see: U.S. Constitution.

### Memorandum of Law.

1. See: <u>Fourteenth (14th) Amendment Right to the U.S. Constit.</u>

### Affidavit of Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hurt, the Appellant, and respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing amendment, that I am unable to give security for the same, that I am entitled to the redress that I now seek.

### Certification of Service

I, Tyrone Hurt, the Appellant, and respectfully states that I have upon this 24th day of March of have sent the foregoing amendment, to the U.S.C.A., to make service upon the Attor. for the Defendants.

Respectfully submitted,
/s/ Tyrone Hurt
(Appellant, Pro-Se)