# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Tyrone Hutt_
_____
Plaintiff

vs.

Civil Action No. _06-1468- (CKK)_

_Mental Health North Center, D.C. Gov't_
_____
Defendant

RECEIVED

MAR 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given this _27th_ day of _March_, 20_07_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _21st_ day of _March_, 20_07_

in favor of _Defendant_

against said _Plaintiff_

_Tyrone Hutt (Pro-se)_
_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated: _1125 Spring Rd. N.W., Wash. D.C. 20010_

RECEIVED

MAR 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT